4

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,

               Plaintiff,

-vs-

Case:3:21-cr-20033
Judge: Cleland, Robert H.
MJ: Stafford, Elizabeth A.
Filed: 01-27-2021 At 01:31 PM
INDI USA V DEMARCO RITTER (LG)

D-1 DEMARCO RITTER,

               Defendant.

_____/

## INDICTMENT

THE GRAND JURY CHARGES:

## COUNT ONE

*(21 U.S.C. §841(a)(1), §846 – Possession With the Intent to Distribute a
Controlled Substance ( Attempt)*

On or about August 12, 2020, in the Eastern District of Michigan,

defendant DEMARCO RITTER, did knowingly attempt to possess with

the intent to distribute a controlled substance, in violation of Title 21,

United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, §841(b)(1)(C), it is

further alleged that this violation involved the following controlled

substance: a mixture or substance containing a detectable amount of

N-phenyl-N-[1-(2-phenylethyl] propanimede, commonly known as fentanyl, a Schedule I controlled substance.

## FORFEITURE ALLEGATIONS

*(21 U.S.C. § 853, and 28 U.S.C. § 2461)*

The allegations contained in this Indictment are incorporated by reference herein to allege forfeiture pursuant to the provisions of Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

**Title 21 Offense.** Upon conviction of a Title 21 Offense charged in this Indictment, the Defendant shall forfeit to the United States: (a) any property constituting, or derived from, any proceeds which the Defendant obtained, directly or indirectly, as the result of such violation, and (b) any property which the Defendant used or intended to be used in any manner or part to commit or to facilitate the commission of such violation, and/or any property involved in such violation.

**Substitute Assets.**   Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b), Defendant shall forfeit substitute property, up to the value of

2

the property described above, if, by any act or omission of the

defendant, the property described above cannot be located upon the

exercise of due diligence; has been transferred, sold to or deposited with

a third party; has been placed beyond the jurisdiction of the court; has

been substantially diminished in value; or has been commingled with

other property which cannot be divided without difficulty.

THIS IS A TRUE BILL.

s/ *Grand Jury Foreperson*
Grand Jury Foreperson

Dated: January 27, 2021

MATTHEW SCHNEIDER
United States Attorney

JULIE A. BECK
Chief, Drug Task Force Unit

s/ *John N. O'Brien II*
John N. O'Brien II
Assistant United States Attorney

3

| United States District Court Eastern District of Michigan | Criminal Case Cover | Case:3:21-cr-20033<br>Judge: Cleland, Robert H.<br>MJ: Stafford, Elizabeth A.<br>Filed: 01-27-2021 At 01:31 PM<br>INDI USA V DEMARCO RITTER (LG) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complet

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes   ☒ No | AUSA's Initials: |

**Case Title:** USA v. Demarco Ritter

**County where offense occurred :** Wayne

**Check One:**   ☒ Felony    ☐ Misdemeanor    ☐ Petty

✓ Indictment/____ Information --- no prior complaint.

____ Indictment/____ Information --- based upon prior complaint [Case number:                    ]

____ Indictment/____ Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below].*

## Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

January 27, 2021
Date

John N. O'Brien II
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: (313) 226-9715
Fax:    (313) 226-5464
E-Mail address: John.OBrien@usdoj.gov
Attorney Bar #:  P39912

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.